| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Cedarbaum,, Miriam G. | 2. Court or Organization US District Court -SDNY | 3. Date of Report 5/3/2005 |

**4. Title** (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

US District Judge - Senior

**5. ReportType** (check appropriate type)

○ Nomination, Date

○ Initial　◉ Annual　○ Final

**6. Reporting Period**

1/1/2004
to
12/31/2004

**7. Chambers or Office Address**

US Court House
500 Pearl Street
New York, NY 10007

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Barnard College |
| 2. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 12 A 11: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Davis Polk & Wardwell Pension | $9,484 |
| 2. | 2004 | Museum of Modern Art Pension Trust-Pension | $1,695 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Carter, Ledyard & Milburn - Law Partnership |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | August 6-7 - Atlanta, GA. Annual Meeting Program (Transportation, Food, and Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 5/3/2005 |
| Cedarbaum,, Miriam G | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Amsterdam NY Bonds | B | Interest | | | Sell | 10/15 | K | A | |
| 2.   Brookhaven NY | A | Interest | | | Sell | 10/01 | J | A | |
| 3.   City Univ NY | B | Interest | L | T | | | | | |
| 4.   Bank of New York Brokerage Cash Equivalents | A | Interest | L | T | | | | | |
| 5.   Fidelity IRA: Ginnie Mae Mutual Fund | D | Dividend | M | T | | | | | |
| 6.   Fidelity IRA Independence Fund | C | Dividend | M | T | | | | | |
| 7.   Fidelity IRA Interim Government Income Fund | D | Dividend | O | T | | | | | |
| 8.   Fidelity IRA Cash Reserves | C | Dividend | N | T | | | | | |
| 9.   HSBC IRA | C | Interest | L | T | | | | | |
| 10.  Jamestown, NY | B | Interest | L | T | | | | | |
| 11.  Metropolitan Trans Auth | D | Interest | M | T | Buy | 12/15 | K | | |
| 12.  Metropolitan Trans Auth | | | | | Sell | 11/30 | L | C | |
| 13.  Metropolitan Trans Auth | | | | | Buy | 12/15 | K | | |
| 14.  Nassau County, NY Bonds | C | Interest | L | T | Sell | 11/15 | K | A | |
| 15.  Nassau County, NY Bonds | | | | | Buy | 11/18 | K | | |
| 16.  City of New York Bonds | D | Interest | M | T | Partial Red. | 11/08 | L | A | |
| 17.  New York St. Environmental | A | Interest | J | T | | | | | |
| 18.  New York State G. O. Bonds | C | Interest | L | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | NY NY Mun WTR Fin Auth | D | Interest | M | T | Sell | 06/15 | L | A | |
| 20. | NY NY Mun WTR Fin Auth | | | | | Sell | 12/14 | L | B | |
| 21. | NY NY Mun WTR Fin Auth | | | | | Sell | 11/15 | K | A | |
| 22. | NY NY Mun WTR Fin Auth | | | | | Buy | 11/23 | K | | |
| 23. | NY NY Mun WTR Fin Auth | | | | | Buy | 12/14 | K | | |
| 24. | NY NY Mun WTR Fin Auth | | | | | Buy | 5/7 | K | | |
| 25. | NYC Health & Hospital | B | Interest | L | T | | | | | |
| 26. | NYC Transitional Fin Auth | | | | | Buy | 01/29 | L | | |
| 27. | NYC Transitional Fin Auth. | B | Interest | | | Sell | 11/15 | L | A | |
| 28. | Port of Authority of NY & NJ | C | Interest | L | T | Sell | 12/15 | K | A | |
| 29. | Port of Authority of NY & NJ | | | | | Buy | 06/18 | K | | |
| 30. | NY ST Housing Auth | C | Interest | K | T | Buy | 07/16 | L | | |
| 31. | NYS Dorm Auth. | D | Interest | M | T | Buy | 10/21 | K | | |
| 32. | NYS Dorm Auth | | | | | Sell | 12/07 | L | A | |
| 33. | NYS Dorm Auth | | | | | Sell | 11/15 | L | A | |
| 34. | NYS Med Care Facs. | C | Interest | | | Sell | 08/15 | L | A | |
| 35. | NYS Twy Auth | B | Interest | L | T | | | | | |
| 36. | Onondaga Cnty NY | B | Interest | | | Sell | 05/01 | L | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Pearl River NY Free School Dist. | C | Interest | L | T | | | | | |
| 38. Puerto Rico Commonwealth | C | Interest | L | T | | | | | |
| 39. South Huntington NY Free School District | B | Interest | | | Sell | 11/30 | L | C | |
| 40. Westchester County NY | B | Interest | | | Sell | 06/15 | K | A | |
| 41. William Floyd UN | B | Interest | L | T | | | | | |
| 42. HSBC Deposit Accounts | D | Interest | N | T | | | | | |
| 43. Bank of New York | A | Interest | K | T | | | | | |
| 44. Triborough Bridge & Tunnel Authority NY REVS | B | Interest | | | Buy | 06/17 | K | | |
| 45. Triborough Bridge & Tunnel Authority NY REVS | | | | | Sell | 12/15 | L | A | |
| 46. New York Trans Fin Auth | A | Interest | K | T | Buy | 11/08 | K | | |
| 47. New York Trans Fin Auth | | | | | Buy | 11/29 | K | | |
| 48. Michigan Clean Wtr Srf | | None | K | T | Buy | 12/03 | K | | |
| 49. NYS UDC PIT | | None | K | T | Buy | 11/10 | K | | |
| 50. Florida G. O. | | None | K | T | Buy | 11/17 | K | | |
| 51. NY Thruway Fuel TX MBIA | | None | K | T | Buy | 11/19 | K | | |
| 52. Long Island Pwr, NY | | None | K | T | Buy | 11/29 | K | | |
| 53. NY Environ | | None | K | T | Buy | 11/19 | K | | |
| 54. NY Envirnmntl PIT FGIC | | None | K | T | Buy | 12/13 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cedarbaum,, Miriam G | 5/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. NYS Thruway SVC CTRCT | | None | K | T | Buy | 11/15 | K | | |
| 56. NY USC Pers Inc TX FGIC | | None | K | T | Buy | 12/03 | K | | |
| 57. Virgin Island PFA Rum Tax | | None | K | T | Buy | 12/03 | K | | |

1. Income/Gain Codes:    A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cedarbaum,, Miriam G | 5/3/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544